**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DONNY L. DAVIS and JERED HALL,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>MLB TRANSPORTATION, INC., a Georgia Corporation, and MICHAEL L. BAKER,<br>　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.   1:13-CV-1224-LMM |

## A T T O R N E Y   F E E   J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of Plaintiffs' Motion for an Award for Attorney's Fees, and the court having Granted said motion, it is

**Ordered and adjudged** that Plaintiffs recover from Defendants $123,857 in attorneys' fees and $5,069.53 in costs.

Dated at Atlanta, Georgia this 15th day of August, 2019.

　　　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Prepared, filed, and entered in
the Clerk's Office
August 15, 2019
James N. Hatten Clerk
of Court

　　　　　　　　　　　　　　　　　　　By:   /s/ Teressa Frazier
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

By:   /s/ Teressa Frazier
　　　　Deputy Clerk